twenty-five per cent of any allowance the substituted attorneys may receive on the termination of the action in addition to his disbursements, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.

LELA MOORE EGRY, Respondent, v. RENITA KRAMER, Appellant, Impleaded with Another.— Order granting plaintiff's motion to open her default and for other relief unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.

STELLA WEINER, as Administratrix, etc., of SAMUEL WEINER, Deceased, Appellant, v. J. I. HASS, INC., and CHARLES GERSH, Respondents.— Order denying plaintiff's motion to open her default and to vacate judgment unanimously reversed, with twenty dollars costs and disbursements, and motion to open default and to vacate judgment granted. No opinion. Settle order on notice. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.

WILLIS F. HUNTER v. AMERICAN HOME FIRE ASSURANCE CO. (Formerly Known as AMERICAN CONSTITUTION FIRE ASSURANCE CO. OF NEW YORK).— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., McAvoy, Townley, Dore and Cohn, JJ.

PENNSYLVANIA-DIXIE CEMENT CORPORATION v. BEATRICE EDELMAN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

HAROLD L. TUNISON and Others v. RICHARD WHITNEY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

ABNER GREENBERG v. MARYLAND CASUALTY COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, Townley, Glennon and Untermyer, JJ.

In the Matter of the Arbitration between SAMUEL FINKELSTEIN & BRO. and COLONIAL MILLS, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

JAMES B. MARTIN and Another, as Administratrix, etc., of LEWIN H. USILTON, Deceased, v. DIMARCO & REIMANN, INC., Impleaded, etc.— Motion for resettlement denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of JACOB KATZ, for an Order of Certiorari against JACOB GOULD SCHURMAN, JR., as Chief City Magistrate of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of the CONCORD CASUALTY AND SURETY COMPANY, v. JACOB S. MEYER, Impleaded with Others.— Motion for leave to appeal to the Court of Appeals

or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

Louis H. Pink, Superintendent of Insurance of the State of New York, as Liquidator of the Concord Casualty and Surety Company v. Jacob S. Meyer. — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

In the Matter of the Application of The People of the State of New York, by George S. Van Schaick, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of the General Indemnity Corporation of America. Claim No. 15-CO-550 — Claim of Theodore Lackey.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

Charles Fritz v. Sam Chertok and Julius Krasne and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of Eva Sobol for a Mandamus Order to Compel John L. Rice, as Commissioner of Health of the City of New York, to Reinstate Said Eva Sobol in the Position of Laboratory Assistant of the Department of Health of Said City of New York, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

In the Matter of the Application of Ralph C. Tobin and Others for an Order of Mandamus against Fiorello H. LaGuardia, as Mayor, and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

Jeanal Realty Corporation v. George H. Flinn Corporation.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Townley, Glennon, Untermyer and Dore, JJ.

Hayunga Holding Corporation v. Rodgers & Hagerty, Inc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.— Present — Townley, Glennon, Untermyer and Dore, JJ.

The Mutual Life Insurance Company of New York v. Charles B. Halsey and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

Hessian Hills Country Club, Inc., and Another v. Hartford Fire Insurance Co. and Another. Hessian Hills Country Club, Inc., and Another v. The Home Insurance Company.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.

Samli Building Corporation v. President and Directors of the Manhattan Company and Chemical Bank and Trust Company and William L. Abrams.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.